UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 14  AM 8:38

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| CHARLES ANTHONY WILLIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV412-209 |
| VICKIE BROWN, Deputy Warden; LT. LOYD; Member of Classification Committee; Et Al.; Individually and Official Capacity, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12_ day of _Dec_, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA