# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 14  AM 8: 38

CLERK _____
SO. DIST. OF GA.

CHARLES ANTHONY WILLIS,           )
                                  )
    Plaintiff,              )
                                  )
v.                                )        Case No. CV412-209
                                  )
VICKIE BROWN, Deputy Warden;      )
LT. LOYD; Member of Classification )
Committee; Et Al.; Individually and )
Official Capacity,                )
                                  )
    Defendants.             )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12_ day of _____Dec_____, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA